**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TIMOTHY DEAN CLARK                                                          PETITIONER
ADC #141021

v.                                        Case No. 5:09CV00039 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction
(originally named as Larry Norris)                                          RESPONDENT

## ORDER

    The Court has received proposed findings and recommendations from United States

Magistrate Judge Jerome T. Kearney.  There have been no objections.  After careful review, the

Court concludes that the findings and recommendations should be, and are hereby, approved and

adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered

accordingly.

    SO ORDERED this 8th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE