## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TIMOTHY DEAN CLARK                                                                                    PETITIONER
ADC #141021

v.                           Case No. 5:09CV00039 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction
(originally named as Larry Norris)                                                                    RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 8th day of November, 2010.

                                                UNITED STATES DISTRICT JUDGE